UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 03 2025

NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF PRELIMINARY EXAMINATION |
| vs. | § | (Rule 5, Fed.R.Crim.P.) |
| Diego Masiel Torres | § | Case No.: 1:25-mj-741 |

I, Diego Masiel Torres, charged in a **complaint** pending in this District with 18 USC 111(a)(1) and having appeared before this Court and been advised of my rights as required by Rule 5, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination.

x Diego Misael Torres
Defendant

_____
Counsel for Defendant

Date: 3-Sep-2025