United States District Court
Southern District of Texas
FILED

SEP 0 3 2025

Nathan Ochsner
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF DETENTION HEARING |
| vs. | § | |
| Diego Masiel Torres | § | Case No.: 1:25-mj-741 |

Defendant **Diego Masiel Torres** is currently detained in the Southern District of Texas pending the above-styled cause of action. After careful consideration, Defendant **18 USC 111(a)(1)** wishes to waive the right to a detention hearing pursuant to 18 U.S.C. 3142.

X **Diego Misael Torres**
Defendant

X _____
Counsel for Defendant

Date: 3-SEP-2025